UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL NO. 08mj1289 |
| Plaintiff ) | |
| ) | ORDER |
| vs. ) | |
| ) | RELEASING MATERIAL WITNESS |
| Mario Vera-Godinez ) | |
| ) | Booking No. |
| Defendant(s) ) | |

On order of the United States District/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed /(Order of Court)).

Elias Lozano - Rangel

DATED: 5-8-08

**JAN M. ADLER**

UNITED STATES DISTRICT/MAGISTRATE JUDGE

**RECEIVED** _____
DUSM

OR

W. SAMUEL HAMRICK, JR.  Clerk

by Rhea Rhue
Deputy Clerk